```
                                        FILED
                                  U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2001 SEP 13 PM 4:23

                                  LORETTA G. WHYTE
                                        CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
SEPTEMBER 12, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENGINEERING DYNAMICS, INC.                CIVIL ACTION

VERSUS                                    NUMBER: 89-1655

STRUCTURAL SOFTWARE, INC., ET AL.         SECTION: "S"(5)


HEARING ON MOTION

APPEARANCES:   Tom Potter, Mark Cunningham, Elton Dry, Kristin Tassin

MOTION:

(1) Plaintiff's Motion for Reconsideration Regarding Scope of Infringement Hearing

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :     Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
SEP 1 4 2001

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

\_\_1\_\_ :   Denied. The issue that was to be tried at the evidentiary hearing scheduled for September 17, 2001 will be decided on briefs alone.  The parties are to file said briefs on or before October 17, 2001 with rebuttal memoranda to be filed on or before October 29, 2001.

_____ :   Other.

                                       */s/ ALC*
                                       ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE