FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -1  PM 12: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENGINEERING DYNAMICS, INC.                CIVIL ACTION

VERSUS                                    NUMBER: 89-1655

STRUCTURAL SOFTWARE, INC., ET AL.         SECTION: "S"(5)


### ORDER

All submissions pertaining to the issue of whether the StruCAD*3D Manual, version 3.3, infringes the copyright in SACS IV, SACS III, JointCAN III, or SeaState Manuals of EDI have been reviewed by the Court. The Court is of the opinion and it is hereby ordered that there is no infringement by the StruCAD*3D Manual.

Accordingly, the issue of damages which the Court will decide is limited to pre-trial damages. On or before March 15, 2002, the parties are to file a brief on the issue of damages utilizing the record generated before Judge Beer. On or before May 15, 2002, the

DATE OF ENTRY
FEB 0 1 2002



parties may file reply briefs on this issue.

Plaintiff wishes to make a proffer regarding damages post the initial trial. On or before March 15, 2002, the parties are to submit a proposed case management order on the extent of discovery needed to make such a profer.

SIGNED this 31 day of Jan., 2002, in New Orleans, Louisiana.

　　　　　　　　　　　　　　　　　Alma L Chasez
　　　　　　　　　　　　　　　　　ALMA L. CHASEZ
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE